UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-2606 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court is defendant's Motion for Stay in Light of Lapse of Appropriations [ECF No. 7]. Upon consideration, the motion is **GRANTED**, *nunc pro tunc*. The stay shall last seven (7) days from this date, at which point the litigation shall resume.

SO ORDERED.

DATE: 1/28/19

_____
Royce C. Lamberth
United States District Judge

1