UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18-cv-2606 (RCL) |
| COUNCIL OF THE INSPECTORS GENERAL ON INTEGRITY AND EFFICIENCY, | ) ) ) ) ) |
| Defendant. | ) ) |

### ORDER

Pursuant to Local Rule 16.3(b)(10), parties to a FOIA action are exempted from typical scheduling order requirements. As such, the burden is on the government to produce a *Vaughn* index with a supporting motion to dismiss or motion for summary judgment, as appropriate. The index and supporting motion shall be filed within 30 days of the lifting of the stay on February 4, 2019, or such further time as this Court allows.

SO ORDERED.

DATE: 1/28/19

Royce C. Lamberth
United States District Judge

1