UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY PROJECT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNCIL OF THE INSPECTORS GENERAL ) <br> ON INTEGRITY AND EFFICIENCY, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 18-2606 (CJN) |

## JOINT STATUS REPORT

Plaintiff Government Accountability Project ("Plaintiff") and Defendant, Council of the Inspectors General on Integrity and Efficiency ("Defendant"), by and through undersigned counsel, respectfully submit this joint status report to update the Court concerning the status of the processing of the Freedom of Information Act ("FOIA") requests that are the subject of this action.

As Defendant has previously reported, the search is ongoing, and a portion of potentially responsive records are located outside of Defendant's physical possession and control. Based on currently available information, Defendant estimates that there are approximately 1,500 potentially responsive records, comprised of 20,170 pages. However, that number is subject to change based upon numerous factors including additional documents being located during the ongoing search, removal of duplicates, and a responsiveness review given that many of the records are multi-part documents or multi-attachment emails where only a small fraction may be responsive to the requests. Defendant is currently in discussions with Plaintiff to narrow the scope of the requests and proposes that it continue to make rolling productions to Plaintiff and

- 2 -

that the parties file a joint status report every 30 days to update the Court concerning the status of production.

In light of the foregoing, the parties respectfully request that they be permitted to file a further joint status report on or before November 30, 2019.

Dated: October 25, 2019

LOEVY & LOEVY

By: */s/ Joshua Burday*
    Joshua Burday
    Merrick Jason Wayne
    311 N. Aberdeen, Third Floor
    Chicago, IL 60607
    (312) 243-5900
    matt@loevy.com
    joshb@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: */s/ John Moustakas*
    John Moustakas
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 252-2518
    John.moustakas@usdoj.gov

*Counsel for Defendant*